UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————
EMANUEL DELACRUZ, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS        21 Civ. 4479 (JGK)
SIMILARLY SITUATED,
                Plaintiffs,          ORDER

        - against -

TRINITY INTERNATIONAL INDUSTRIES,
L.L.C.,
                Defendant.
———————————————————————————

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by August 20, 2021.

SO ORDERED.
Dated:   New York, New York
         August 9, 2021

                                          _____
                                              John G. Koeltl
                                     United States District Judge